UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**RICHARD MONTANA,**
**JOHN RAU,**
On behalf of themselves and all others
similarly situated,

      Plaintiffs,

    v.                                      Case No. 14-CV-487

**JTK RESTORIATIONS, LLC and**
**JAMIE L. ULRICH,**

      Defendants.

## ORDER APPROVING FLSA SETTLEMENT AGREEMENT

The parties agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The Court finds that the Settlement Agreement filed as Attachment 1 to the letter from Attorney John E. Machulak, ECF No. 64, is fair and reasonable.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the parties' joint motion for approval of settlement is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall comply with the referenced Settlement Agreement, ECF No. 64-1, which is incorporated by reference.

**IT IS FURTHER ORDERED** that by consent of the parties, the Court shall dismiss the case without prejudice and shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice with leave to reinstate on or before March 31, 2021 for the purpose of enforcing the

Settlement Agreement. This case is dismissed without prejudice in order to allow the Court to enforce the Settlement Agreement according to its terms. If the defendants default in payment and the default is not cured as provided in the Settlement Agreement, the plaintiffs may, in lieu of an application to reopen these proceedings as provided in paragraph 6 of the Settlement Agreement, move the Court for judgment for unpaid balance due them under the Settlement Agreement. The parties are barred from relitigating any claims raised in this litigation or any claims released by means of the Settlement Agreement or seeking any relief not provided for in the Settlement Agreement with respect to the claims they have settled.

**IT IS FURTHER ORDERED** that in the event a motion to reinstate or motion to enforce the Settlement Agreement is not filed on or before March 31, 2021, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Each party shall bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 8th day of July, 2016.

**BY THE COURT:**
*s/ David E. Jones*
DAVID E. JONES
United States Magistrate Judge